IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILL WINCOVITCH, | : | |
| Plaintiff | : | 3:12-CV-01846 |
| v. | : | |
| | : | (JUDGE NEALON) |
| EDWIN A. ABRAHAMSEN & ASSOCIATES, | : | |
| Defendant | : | |

## ORDER

**AND NOW,** this 8th day of May, 2013, in accordance with the Memorandum of the same date, **IT IS HEREBY ORDERED THAT** Defendant's averments labeled Affirmative Defenses 8, 9, 10, & 11 (Doc. 4, p. 4) are not stricken, but will not be treated as affirmative defenses, and Plaintiff's motion to strike (Doc. 5) is **DENIED.**

_____
**United States District Judge**